# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GENE FISHER, | |
| Plaintiff, | Case No. 2:07-cv-02271-PMP-GWF |
| vs. | **ORDER** |
| T. FELKER, *et al.*, | Motion for Extension (Dkt. #21) and Motion for Appointment of Counsel (Dkt. #22) |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for an Extension of Time to File a Second Amended Complaint (Dkt. #21) and Plaintiff's Motion for Appointment of Counsel (Dkt. #22), which were filed on April 16, 2009.

Pursuant to Fed. R. Civ. P. 6(b), extensions of time may be granted for good cause shown. Plaintiff requests an extension of time due to his recent change of address and lack of easy access to the prison law library. (Dkt. #21). Given the circumstances, the Court finds good cause to extend Plaintiff's time to file a Second Amended Complaint.

In addition, Plaintiff requests that the Court appoint counsel to represent him in this matter. Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations under 42 U.S.C. § 1983. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the Court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case and will deny Plaintiff's motion without prejudice at this time. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time to File a Second Amended Complaint (Dkt. #21) is **GRANTED**. Plaintiff shall file his Second Amended Complaint on or before **May 28, 2009**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel (Dkt. #22) is **DENIED** without prejudice.

DATED this 29th day of April, 2009.

_____
**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**