1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   AL GENE FISHER,                                  )
                                                     )
9                              Plaintiff,            )        Case No. 2:07-cv-02271-PMP-GWF
                                                     )
10  vs.                                              )        **ORDER**
                                                     )
11  T. FELKER, *et al*.,                             )
                                                     )
12                             Defendants.           )
                                                     )
    ─────────────────────────────────────────       )

13

14        On March 31, 2009, the Court ordered (Dkt. #20) Plaintiff to provide the following documents

15  to the Clerk of the Court on or before April 10, 2009: 1) Notice of Submission of Documents; 2) a

16  completed summons; 3) the completed USM-285 forms; and 4) three (3) copies of Plaintiff's First

17  Amended Complaint (Dkt. #13).  In the Order, the Court dismissed some of Plaintiff's Eighth

18  Amendment claims and granted Plaintiff leave until April 30, 2009 to submit an amended complaint.

19  (*Id.*)  The Court notified Plaintiff that failure to provide the required documents for service in

20  compliance with the Order (Dkt. #20) would "result in a recommendation that this action against

21  Defendants Wong, Jackson, Grannis, Roche, Felker, Amero, Smith, Richardson and Chrones be

22  dismissed with prejudice."

23        Plaintiff then filed a motion for an extension of time to file a second amended complaint (Dkt.

24  #21) and a motion for appointment of counsel (Dkt. #22) on April 16, 2009.  The Court granted

25  Plaintiff an extension of time, allowing Plaintiff until May 28, 2009 to file an amended complaint.

26  (Dkt. #24).  On May 14, 2009, Plaintiff filed a motion to withdraw his previous request for an extension

27  of time (Dkt. #25), in which Plaintiff requests that the Court proceed with this matter based on the

28  claims against Defendants Shelton, Robertson, Savage, Plainer and Hanks as alleged in Plaintiff's First

1 Amended Complaint.  The Court granted Plaintiff's motion and ordered that the matter would proceed

2 based on the claims against Defendants Shelton, Robertson, Savage, Plainer and Hanks as alleged in

3 Plaintiff's First Amended Complaint.  (Dkt. #26).

4       Thirty (30) days have now passed since the Court granted Plaintiff's request to proceed based on

5 the surviving claims from his First Amended Complaint (Dkt. #26).  To date, the Court has not received

6 any of the following required documents from Plaintiff: 1) Notice of Submission of Documents; 2)

7 completed summons; 3) the completed USM-285 forms; and 4) three (3) copies of the endorsed May

8 12, 2008, complaint.  Accordingly,

9       **IT IS HEREBY ORDERED** that within 20 days of service of this Order, Plaintiff shall return

10 the completed Notice of Submission of Documents, completed summons, completed USM-285 forms,

11 and three (3) copies of the endorsed May 12, 2008, complaint to the Clerk of the Court.  The Court will

12 transmit them to the United States Marshal for service of process pursuant to Fed. R. Civ. P. 4.  Failure

13 to comply with this Order will result in a recommendation that this action against Defendants Wong,

14 Jackson, Grannis, Roche, Felker, Amero, Smith, Richardson and Chrones be dismissed with prejudice.

15       DATED this 24th day of June, 2009.

16

17                  _____
                 **GEORGE FOLEY, JR.**

18                  **UNITED STATES MAGISTRATE JUDGE**

19

20

21

22

23

24

25

26

27

28