# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| AL GENE FISHER,<br><br>        Plaintiff,<br><br>vs.<br><br>T. FELKER, et al.,<br><br>        Defendants. | 2:07-CV-02271- PMP-GWF<br><br>**ORDER** |

      On June 25, 2009, the Honorable George Foley, Jr., United States Magistrate Judge, entered an Order recommending that Plaintiff's Civil Rights Complaint (Doc. #13) be denied.

      The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(C) and determines that Magistrate Judge Foley's Order (Doc. #28), filed on June 25, 2009, should be Affirmed.

      **IT IS THEREFORE ORDERED that** Plaintiff Al Gene Fisher's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #13) is **DISMISSED** with prejudice based on Plaintiff's failure to comply with Magistrate Judge Foley's Order (Doc. #28) requiring Plaintiff to return the completed Notice of Submission of Documents, completed summons, completed USM-295 forms, and three (3) copies

of the endorsed May 12, 2008, complaint to the Clerk of Court.

**IT IS FURTHER ORDERED that** Plaintiff Fisher's Motion for an Order to Show Cause for a Preliminary Injunction (Doc. #27) filed June 12, 2009, is DENIED as moot.

DATED: September 8, 2009.

_____
PHILIP M. PRO
United States District Judge