# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

AL GENE FISHER, JR. )
     Plaintiff, )
vs. )
FELKER, et al., )
     Defendants. )
_____ )

2:07-CV-02271-PMP-GWF

**ORDER**

   Before the Court for consideration is Plaintiff Al Fisher's Motion for Reconsideration and Clarification (Doc. #32), filed on September 21, 2009, and good cause appearing,

   **IT IS ORDERED that** Plaintiff Al Fisher's Motion for Reconsideration and Clarification (Doc. #32) is **DENIED**.

DATED: March 8, 2010.

_____
PHILIP M. PRO
United States District Judge