# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

AL GENE FISHER,

                Plaintiff,        Case No. 2:07-cv-02271-PMP-GWF

vs.                                        **ORDER**

T. FELKER, *et al.*,

                Defendants.

       This matter is before the Court on Plaintiff's First Request Asking for Depositions for the Following Defendants (#48), filed June 18, 2010.

       Plaintiff Al Fisher moves under Fed.R.Civ.P. 30 that the Court order Defendants Hanks, Plainer, Robertson, Savage and Shelton to appear to be deposed. (#48). Defendants respond that they have never been served with a notice of deposition as required by Rule 30. (#49). Under Fed.R.Civ.P. 30(a)(2)(B), a party confined in prison must seek leave of the Court to depose someone. Plaintiff is entitled to depose the defendants in this action and the Court will grant him leave to do so. He should arrange a time and place with the prison to conduct the depositions and properly notice the depositions as required by Fed.R.Civ.P. 30(b).

       In addition, the Court notes that the close of discovery is approaching. The parties may petition the Court to extend discovery if they believe an extension is necessary. Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's First Request Asking for Depositions for the Following Defendants (#48) is **granted**. Plaintiff should arrange a time and place for the depositions with prison authorities and properly notice the depositions.

       DATED this 11th day of August, 2010.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**