# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

AL GENE FISHER,

                Plaintiff,

vs.

T. FELKER, *et al.*,

                Defendants.

Case No. 2:07-cv-02271-PMP-GWF

**ORDER**

        This matter is before the Court on Plaintiff Al Gene Fisher, Jr.'s Objection to Hold Depositions with Defendants Hanks, Shelton, Savage, Robertson and Plainer (#56), filed August 30, 2010. Defendants have filed no response to this pleading and the time for opposition has now passed.

        On August 11, 2010, the Court granted Plaintiff's request to take the depositions of Defendants and instructed Plaintiff to arrange a place and time for the deposition with prison officials. (#51). In the present motion, Plaintiff informs the Court that prison administrators informed Plaintiff that he would be transferred from California Correctional Institution in Tehachapi ("CCI") to High Desert State Prison ("HDSP") in order to take the defendants' depositions. (#56). Plaintiff objects to being transferred to HDSP as that prison is where the defendants work and where the alleged constitutional violations occurred. (*Id.*) If the deposition cannot take place at CCI, Plaintiff requests that the depositions be cancelled. (*Id.*) The Court finds Plaintiff has not shown sufficient evidence to justify ordering CCI to arrange for the deposition to take place at CCI, rather than at HDSP.

. . .

. . .

. . .

However, CCI and HDSP may have equipment that would allow Plaintiff to take a telephone or video conference deposition of Defendants from CCI. If Plaintiff wishes to conduct the depositions via telephone or video conference, the Court would grant such a request. Plaintiff should inquire with prison administrators to determine if arrangements can be made.

The Court also notifies Plaintiff that he is responsible for any costs and fees incurred in taking the deposition. Under Fed.R.Civ.P. 30(b)(3), Plaintiff is responsible for arranging to have the depositions recorded by audio, audiovisual or stenographic (court reporter) means. Plaintiff also bears the recording costs. *Id*. Similarly, there may be some costs related to the use of the prison telephone or video equipment. Plaintiff should be aware that Defendants may request that Plaintiff reimburse them for any costs and fees incurred in the taking of the deposition.

**IT IS HEREBY ORDERED** that Plaintiff Al Gene Fisher, Jr.'s Request that the Depositions of Defendants take place at CCI (#56) is **denied**.

DATED this 23rd day of September, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge