UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| AL GENE FISHER,               ) | 2:07-CV-02271-PMP-GWF |
|               Plaintiff,       ) | |
| vs.                                            ) | **ORDER** |
| T. FELKER, et al.,                     ) | |
|               Defendants.   ) | |

       Before the Court for consideration is Plaintiff Al Gene Fisher's First Amended Complaint (Doc. #13), filed on May 12, 2008. On December 17, 2010, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report of Findings and Recommendations (Doc. #59) recommending that Plaintiff's First Amended Complaint (Doc. #13) be dismissed with prejudice for failure to state a claim upon which relief may be granted.

       On December 17, 2010, Plaintiff Fisher was served with Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #59) advising Plaintiff that he had 20 days to file in writing with the Clerk of Court any objections to the Report of Findings and Recommendation (Doc. #59). The time to file any objections has now expired.

///

///

1  The Court has conducted a de novo review of the record in this case in
2  accordance with 28 U.S.C.§ 636(b)(1) and determines that Magistrate Judge Foley's
3  Report of Findings and Recommendation should be Affirmed.

4  **IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report
5  of Findings and Recommendation (Doc. #59) is **Affirmed**.

6  **IT IS FURTHER ORDERED that** Plaintiff Al Gene Fisher's First
7  Amended Complaint (Doc. #13) against Defendants Wong, Jackson, Grannis, Roche,
8  Felker, Amero, Smith, Richardson and Chrones is DISMISSED with prejudice for
9  failure to state a claim upon which relief may be granted.

11  DATED:  January 19, 2011.

PHILIP M. PRO
United States District Judge