# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

AL GENE FISHER,

                Plaintiff,      Case No. 2:07-cv-02271-PMP-GWF

vs.                                  **ORDER**

T. FELKER, *et al.*,

                Defendants.

This matter is before the Court on Plaintiff's First Request for Production of Documents (#46). Pursuant to Local Rule 250.3, requests for production shall not be filed with the court the requests for production are at issue and attached to a motion. Accordingly,

**IT IS ORDERED** that Plaintiff's First Request for Production of Documents (#46) is **stricken**.

DATED this 22nd day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge