UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| AL GENE FISHER, | 2:07-CV-02271-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| T. FELKER, et al., | |
| Defendants. | |

On March 24, 2011, the Court entered an Order and Judgment (Docs. #70 & #71) granting Defendant's Motion for Summary Judgment, rendering judgment in favor of each remaining Defendant and against Plaintiff and denying a Certificate of Appealability.

Now before the Court is Plaintiff Fisher's Motion to Alter or Amend the Judgment (Doc. #73). Filed concurrently therewith is Plaintiff Fisher's 124 page Opposition to Defendant's Motion for Summary Judgment (Doc. #74). Petitioner explains that he was in the midst of preparing a response to Defendant's motion for summary judgment when this Court's Order granting summary judgment was received. Plaintiff therefore asks that the Court reconsider the summary judgment granted Defendants in light of Plaintiff's substantive response.

The Court has further reviewed Plaintiff Fisher's extensive Opposition to Defendants' Motion for Summary Judgment (Doc. #74). Having done so, the Court

1  is not persuaded that Plaintiff Fisher has presented a basis to warrant alteration or
2  amendment of this Court's Order and Judgment (Docs. #70 & #71) entered March
3  24, 2011.
4      **IT IS THEREFORE ORDERED that** Plaintiff Fisher's Motion to Alter
5  or Amend the Judgment (Doc. #73) is **DENIED.**
6  DATED: October 16, 2012.

                                     PHILIP M. PRO
                                     United States District Judge